UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT P. HOLLINGSWORTH, III,

      Plaintiff,

                                      Case No. 1:24-cv-1301

v.

                                        Hon. Hala Y. Jarbou

MICHIGAN DEPARTMENT OF CIVIL
RIGHTS,

      Defendant.

_____/

## **ORDER**

On December 17, 2024, Magistrate Judge Berens issued a Report and Recommendation (R&R) recommending that Plaintiff's claims be dismissed (ECF No. 7). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on December 31, 2024. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 7) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Date:    __January 21, 2025_____          _/s/ Hala Y. Jarbou_____
                                                HALA Y. JARBOU
                                              CHIEF U.S. DISTRICT JUDGE